**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1314

Dennis Thomas

- - Versus - -

Louisiana Department of Public Safety & Corrections

19th Judicial District Court
Case #: 683603
East Baton Rouge Parish

On Application for Rehearing filed on 06/10/2020 by Dennis Thomas

Rehearing _____ *Granted* _____

_____
Page McClendon

_____
Jewel E ."Duke" Welch

_____
Guy Holdridge

Date **SEP 0 3 2020**

_____
Rodd Naquin, Clerk

NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1314

Dennis Thomas

- - Versus - -

Louisiana Department of Public Safety & Corrections

19th Judicial District Court
Case #: 683603
East Baton Rouge Parish

On Application for Rehearing filed on 06/10/2020 by Department of Public Safety & Corrections

Rehearing _____ g R en ted _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date **SEP 0 3 2020**

_____
Rodd Naquin, Clerk